AMERICAN APPLIANCE, Respondent,

v.

E.W. REAL ESTATE MANAGEMENT, INC., Petitioner.

Supreme Court of Pennsylvania.

April 26, 2000.

## ORDER

PER CURIAM:

AND NOW, this 26 th day of April, 2000, the Petition for Allowance of Appeal is granted, limited to the following issues: [1]

a. Whether an appellant appealing from two judgments of a district justice complies with Pa.R.C.P.D.J. 1002 and 1004 by filing one notice of appeal in the form prescribed with both judgments attached.

b. Whether Petitioner should have been permitted to file a counterclaim in common pleas court, advancing the same issue raised in its district justice cross-complaint, even though no separate notice of appeal was filed from the adverse judgment on Petitioner's cross-complaint.

Nancy WOLF, on behalf of the deceased, Hunter WOLF, Petitioner,

v.

WORKERS' COMPENSATION APPEAL BOARD (BIRDSBORO CORPORATION), Respondents.

Supreme Court of Pennsylvania.

April 26, 2000.
Reconsideration Denied June 28, 2000.

## ORDER

PER CURIAM:

AND NOW, this 26th day of April, 2000, the Petition for Allowance of Appeal is GRANTED. The Order of the Commonwealth Court is reversed. See *City of McKeesport v. Workers' Compensation Appeal Board (Miletti)*, 560 Pa. 413, 746 A.2d 87 (2000).

COMMONWEALTH of Pennsylvania, Respondent,

v.

Frank John SHROYER, Petitioner.

Supreme Court of Pennsylvania.

April 28, 2000.

---

1. The issues, as restated in this Order, are deemed to be "subsidiary issue[s] fairly comprised" within the issues as stated in the Petition. See Pa.R.A.P. 1115(a)(3).